# UNITED STATES DISTRICT COURT
## For The
# DISTRICT OF COLUMBIA

Patrick Christian
Displaced with no address
p.christian77@yahoo.com
    Plaintiff

Case: 1:24-cv-00149 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/17/2024
Description: Pro Se Gen. Civ. (F-DECK)

v.

Joseph Biden
  1600 Pennsylvania Avenue, NW
  Washington, D.C. 20500
  202-456-1111
Donald Trump
  1100 South Ocean Boulevard
  Palm Beach, FL 33480
  561-832-2600
Glen Youngkin
  1111 East Broad Street
  Richmond, VA 23218
  804-786-2211
Congress
  East Capitol Street & 1ˢᵗ Steet NE
  Washington, D.C. 20004
  202-226-8000
    Defendant

## CIVIL RIGHTS CONSPIRACY COMPLAINT

THIS MATTER COMES BEFORE THE COURT IN AN ASSEVERATE MANNER PURSUANT
to 42 U.S.C. §1983 Civil action for deprivation of rights, where a Declaratory
Decree and Declaratory Relief are unavailable, due to the fact Defendants have
said that Plaintiff will not "get any help from this administration". Since
Defendants are Lawmakers and Executives who Abused their Power, Authority,

[1]

RECEIVED
JAN 17 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

and Influence during the performance of their official duties, depriving Plaintiff of his Inalienable Rights like Property, Due Process, Equal Protection, and Redress of Grievances, while sanctioning, enabling, and protecting Agents (as listed in exhausted remedies which can be provided upon request) to kidnap, rape, and murder his family members and friends.  Plaintiff knows they have been very honest about their intentions, animosity, and threats.  Plaintiff also knows that they have Obstructed Justice and Interfered with Judicial and Investigative Processes.  For these two reasons he filed a "Writ of Mandamus", Attachment 1 pages 5 to 23 in the Supreme Court that was unaccepted for the reasons stated in Attachment 2 page 24.  Plaintiff has no Judgment to provide and knowing the Mandamus was filed, the extraordinary means of the Defendants Abusing their Authority, Power, and Influence which outlines questions, lists the Crimes committed, and describing in this situation there is no other Remedies available, and his interpretation that each listed item are options and not all apply equally. Attachment 3 pages 25 to 26 lists Defendants who have been notified; and Attachment 4 pages 27 to 30 which Outlines a rough summary of events and expectations.  Consequently, he thought the Writ of Mandamus was accurate and legitimate with merit.  Again, due to this serious and Extraordinary Situation, Cause of Action, Plaintiff believes this MATTER SHOULD BE BROUGHT BEFORE THE COURT for Litigation.

## DAMAGES

It is extremely injurious to Conspire against anyone at this level, and Plaintiffs class of People have been systematically mistreated and injured for 600 years. After the First Negro President, it should have been an indication that these systemizations have abated, but instead they have increased.  Which means that we still have to suffer at the hands of Caucasians and their Representatives despite Voting them into Office, and supporting them.  The Conspirators at the behest of the Defendants placed Plaintiff Patrick Christians' name on the internet,

Facebook, Twitter etc., and the people who answered (NOTE:  Cheryl Christian only knew several family members addresses and contact information, not his children and their Mothers, and our friends) thinking it was him, replied and they contacted them in this illegal and deceptive manner.  This is a crime and exposes that Defendants are directly responsible for any and all Crimes committed.  He is purposefully and willfully being kept indigent and incommunicado, and Conspired against at an extreme disadvantage.  These Damages have been multiplying for fifteen years, insistently, harassingly, wickedly, and maliciously. If the COURT review any of the Exhausted Remedies, it will see that Plaintiff Patrick Christian consistently stated on each Complaint, and Missive to Administrators "what if the Conspirators hurt or killed someone in an effort to either frame him, or victimize one of his loved ones or their friends, and you have been made aware of this, but approached ministerial duties with refusal, disregard, dismissals, affirmations, and denials each time"; then, how does this make the Court look, and does this warrant immediate action?

## PRAYER FOR RELIEF

Plaintiff can only Pray that the Court takes this matter seriously, and that Biden step down from his position, Trump be removed from the Presidential Ballots, that Youngkin step down from his position, and that the Members of Congress resign (NOTE:  since the Members of Congress have been honest about their involvement, threats, intentions, support, and protection all the other Members not involved know who they are and will not lie to protect their colleagues due to the nature of these Crimes, the Law, the Constitution's, and their Oaths).  This is Cruel and Unusual Punishment just for a Voting Citizen being a Heterosexual (NOTE: they have been stating Patrick Christian "cannot have his cake and eat it too" since 2009).  He would like this Conspiracy to stop, and if discussion ensues about his Property which is the primary reason all of these people are against him in the first place, then he expects the Value of the Property, the Interest, and

[3]

the Damages (Virginia Officials have been lying to Plaintiff and telling others about his personal affairs behind his back, and now more people either Covets the Property or are Against him Claiming it for whatever reason, and obviously, these Constitutional Officers and Appointees completely disregarded not only SEC, IRS, VA. Treasury Department, and Fiduciary Guidelines and Laws, but also 5 U.S.C. §552 Public information, agency, rules, opinions, orders, records, and proceedings, No disclosure without Consent Rule).  The Court can assess the Damages and Fiduciaries can assess the Value and Interest.  The Damages include the suffering of Plaintiff and the kidnapping, raping, and killing of his family and friends.  If the Constitutional Officers respect the Law, Oaths, Constitution's, Office, and America and are honorable and scrupulous, then this matter will be resolved, and Plaintiff does not have to continue suffering, being threatened, ignored, deprived, depraved, and conspired against.  Plaintiff Prays that this will be so.

Patrick Christian
Pro Se IFP Plaintiff
No address available
p.christian77@yahoo.com

# WRIT OF MANDAMUS

## Number 24-_____

---

### In The

## SUPREME COURT OF THE UNITED STATES

---

### In Re: Patrick Christian, Petitioner

### v.

## Joseph Biden, Donald Trump, Congress, Glen Youngkin, Respondents

---

### Writ of Mandamus Petitioning the Court to Order the Respondents to Step Down for Crimes According to Law

---

Patrick Christian
Petitioner
In Forma Pauperis
Displaced with no address
p.christian77@yahoo.com

---

RECEIVED

JY/500

## QUESTIONS PRESENTED

1. When did raping, kidnapping, and murdering an American Voters family for being a Heterosexual start, and how can Constitutional Officers sanction this?

2. How can the Respondents give immigrants asylum, and treat American Voting Citizens worse than the Governments these people are seeking asylum from?

3. Can United States Code 28 Title 1651 Action be applied in this case?

4. Why would Constitutional Officer's and Appointees, who are bond by their Oaths, and Laws empower, support, and protect people who kidnap, murder, kill, and commit other Crimes, if not due to historical racism, systemic practices, envious jealousy, covetous and malicious intentions, and deprived rights?

5. How can society apply the "majority rule" to homosexuality, when heterosexuals have our own relationship with GOD, men, women, boys, and girls and not first consider unnaturalness, rationality, deprivations, depravations, discrimination, inequality, injustice, abuse, and abasement?

ii

## LIST OF PARTIES

Petitioner                              Displaced
Patrick Christian                       No Address
                                        p.christian77@yahoo.com


Respondents
Joseph Biden                            1600 Pennsylvania Ave. NW
                                        Washington, D.C. 20500
                                        202-456-1111

Donald Trump                            1100 South Ocean Boulevard
                                        Palm Beach, FL  33480
                                        561-832-2600

Glen Youngkin                           1111 East Broad Street
                                        P.O. Box 1475
                                        Richmond, VA. 23218
                                        804-786-2211

Congress                                E. Capitol Street & 1st St. NE
                                        Washington, D.C. 20004
                                        202-226-8000

# TABLE OF CONTENTS

Cover Page.................................................................Pg. i

Questions Presented.................................................Pg. ii

List of Parties..........................................................Pg. iii

Table of Contents....................................................Pg. iv

List of Authorities...................................................Pg. v-vi

Jurisdictional Statement.........................................Pg. 1

Constitutional and Statutory Provisions.............Pgs. 2-5

Statement of the Case.............................................Pg. 5-6

Reason(s) for Granting Mandamus.......................Pgs. 6-8

   I.     Petitioners' Right To an Issuance.........................Pgs. 8

   II.    A Writ of Mandamus is Warranted Given

         The Urgent Circumstances of the Case.................Pgs. 9-10

   III.   No Other Adequate Means to Obtain

         Relief Exists................................................Pgs. 10

Conclusion...............................................................Pgs. 11

Certificate of Compliance......................................Pg. 12

Certificate of Service..............................................Pg. 13

# LIST OF AUTHORITIES

Cheney v. United States District Court for D.C.,

    542 U.S. 367 (2004)..........................................................Pg. 1

Ciralsky v. CIA, 355 F.3d 661, 668 (D.C.Cir. 2004)....................Pg. 2

Clinton v. Goldsmith, 526 U.S. 529 (1999)................................Pg. 1

Jarkesy v. Securities Exchange Commission, #22-859

    (20-61007) (5-18-22) (U.S.A.C.Ct. 5th Cir., 9 March 23)........Pg. 2

Nixon v. Sirica, 487 F.2d 700 (D.C. Cir. 1973)...........................Pg. 2

Writ of Certiorari #22-5531, Informal Brief #22-7075,

    Action #1:22-cv-00274.....................................................Pg. 2

U.S. Constitution 1st Amendment

    Redress of Grievances.....................................................Pg. 2

U.S. Constitution 5th Amendment

    Double Jeopardy............................................................Pg. 2

U.S. Constitution 5th Amendment Due Process.........................Pg. 2

U.S. Constitution 5th Amendment Property Rights...................Pg. 2

U.S. Constitution 6th Amendment Face Accuser.......................Pg. 2

U.S. Constitution 8th Amendment Cruel and

    Unusual Punishment......................................................Pg. 2

U.S. Constitution 14th Amendment Equal Protection...............Pg. 4

U.S. Constitution 14th Amendment Right to Privacy................Pg. 4

U.S. Constitution Article II, Section 1,

    Clause 8 Oath of Office..................................................Pg. 3

5 U.S.C. §552a Privacy Act of 1974........................................Pg. 3

18 U.S.C. §371 Conspiracy....................................................Pg. 3

18 U.S.C. §872 Extortion & Threats, by Officers or

    Employees of the U.S.....................................................Pg. 3

21 U.S.C. §342 Adulterated Food...........................................Pg. 4

28 U.S.C. §1651 Writs..........................................................Pg. 4

Cal. Code §31 PC Aiding & Abetting............................................Pg. 5

Cal. Code §45a Libel on its Face..................................................Pg. 5

Cal. Code §46 Defamation, Slander, & Libel..............................Pg. 5

Code of Virginia §18.2-51 Malicious Wounding.......................Pg. 5

Code of Virginia §18.2-60 Threats of Death or

        Bodily Injury to a Person or

        Member of his Family....................................Pg. 5

DC Code §2-1402.62 Aiding & Abetting......................................Pg. 5

NY Penal Law §105.17 Conspiracy in the 1st Degree................Pg. 5

NY Penal Law §115.08 Criminal Facilitation in the

        1st Degree...........................................................Pg. 5

Supreme Court Rule 14.1...............................................................Pg. 1

Supreme Court Rule 20..................................................................Pg. 1

Supreme Court Rule 29.4(b).........................................................Pg. 1

Supreme Court Rule 33.1(h).........................................................Pg. 12

Supreme Court Rule 33.1(d).........................................................Pg. 12

Supreme Court Rule 39..................................................................Pg. 1

## JURISDICTIONAL STATEMENT

The Jurisdiction of this Court is guaranteed under 28 U.S.C. §1651 pursuant to United States Law.  Furthermore, in the Rules of the Supreme Court of the United States Rule 20, Procedure on a Petition for an Extraordinary Writ (3)(a) A Petition seeking a Writ of Mandamus specifically, since during the performance of their Official Duties, Respondents specifically publicly states their intentions to cover up a Civil Rights Conspiracy and Capital Crimes of rape and kidnapping by killing Petitioners' family.   These Crimes by Respondents Agents who have been enabled, assisted, and protected by them creates the Extraordinary need of a Mandamus to Order Action.   For clarity and legitimate Mandamus Writ's see [Cheney v. United States District Court for D.C., 542 U.S. 367 (2004)], and [Clinton v. Goldsmith, 526 U.S. 529 (1999)], which both should exemplify Granting Mandamus due to Jurisdictional Mandates, and due to the fact, there is no other means of seeking review or compelling action in accordance also to Supreme Court Rule 14.1, Rule 29.4(b), and Rule 39.

**Page __11__ of _30_**

## CONSTITUTIONAL AND STATUTORY PROVISIONS

From the time the first noticeable factors of the Conspiracy occurred to now, and how Sarah Palin, Michael Jordan, Ricki Lake, Francine Williams, and Cheryl Christian initiated many actions, the list of Constitutional and Statutory Provisions against Petitioner Patrick Christian and his loved ones and our friends.   They dug a hole of "LIABILITY" starting in 2009, because everyone is against Patrick Christian from Claiming Valuable Property held in Detinue in Virginia and those who Covets it say Mr. Christian has to be a homosexual like everybody else; they keep saying "he cannot have his cake and eat it too" which is the primary reason Mr. Christian filed Writ of Certiorari #22-5531, Informal Brief #22-7075, Action #1:22-cv-00274, Claiming Democrats and Republicans and Rich people Advocate and Promote homosexuality and noncompliance causes Constitutional Deprivations.  See [Jarkesy v. Securities Exchange Commission, #22-859 (20-61007) (5-18-22) (U.S.A.C.Ct. 5th Cir., 9 March 23)], [Ciralsky v. CIA, 355 F.3d 661, 668 (D.C.Cir. 2004)], and also see [Nixon v. Sirica, 487 F.2d 700 (D.C. Cir. 1973)]; when Constitutional Officers and Entities are scrutinized by Justices.     Following  are  Crimes  and  Constitutional Deprivations by the above and other Agents:

U.S. Constitution 1st Amendment Redress of Grievances

U.S. Constitution 5th Amendment Double Jeopardy

U.S. Constitution 5th Amendment Due Process

U.S. Constitution 5th Amendment Property Rights

U.S. Constitution 6th Amendment Face Accuser

U.S. Constitution 8th Amendment Cruel and
    Unusual Punishment

2

U.S. Constitution 14th Amendment Equal Protection

U.S. Constitution 14th Amendment right to Privacy

U.S. Constitution Article II, Section 1, Clause 8 Oath of Office

5 U.S.C. §552a Privacy Act of 1974

5 U.S.C. §3331 Oath of Office

5 U.S.C. §8507 False Statements and Misrepresentation

10 U.S.C. §253 Interfere with State & Federal Law

10 U.S.C. §915, Art. 115 Communicating Threats

10 U.S.C. §920 Article 2, Rape and Sexual Assault

17 U.S.C. §102 Subject Matter in Copyright

18 U.S.C. §3 Accessory After the Fact

18 U.S.C. §35 Imparting or Conveying False Information

18 U.S.C. §113 Assault

18 U.S.C. §249 Hate Crimes

18 U.S.C. §286 Conspiracy to Defraud with respect to Claims

18 U.S.C. §False, Fictitious, or Fraudulent Claim

18 U.S.C. §371 Conspiracy to Defraud the Government

18 U.S.C. §373 Incitement

18 U.S.C. §641 Embezzlement

18 U.S.C. §872 Extortion & Threats, by Officers or
        Employees of the U.S

18 U.S.C. §875(c) For Recklessly Making a Threat

18 U.S.C. §1001 Fraud & False Statements

18 U.S.C. §1005 Fraud & False Statements, Bank Entries,
        Reports, & Transactions

18 U.S.C. §1018 Official Certificates & Writings

18 U.S.C. §1028 Identity Theft

18 U.S.C. §1028A Aggravated Identity Theft

18 U.S.C. §1030 Computer Hacking/Cyber Stalking

3

18 U.S.C. §1037 Fraud & Related Activity in Connection to
      Electronics

18 U.S.C. §1038(a) False Information & Hoaxes

18 U.S.C. §1111 Murder

18 U.S.C. §1201 Kidnapping

18 U.S.C. §1204 Hostage Taking Law

18 U.S.C. §1341 Frauds & Swindles

18 U.S.C. §1343 Fraud by Wire, Radio, or Television

18 U.S.C. §1365 Tampering with Consumer Products

18 U.S.C. §1503 Obstruction of Justice

18 U.S.C. §1591 Sex Trafficking of children and by force...

18 U.S.C. §1621 Perjury

18 U.S.C. §1622 Subornation of Perjury

18 U.S.C. §1801 Video Voyeurism

18 U.S.C. §2241 Aggravated Sexual Abuse

18 U.S.C. §2242 Sexual Abuse

18 U.S.C. §2244 Abusive Sexual Contact

18 U.S.C. §2261A Stalking

18 U.S.C. §2422 Coercion and Enticement

21 U.S.C. §342 Adulterated Food

21 U.S.C. §346 Tolerances for poisonous or deleterious

28 U.S.C. §552a(b) Records maintained on individuals

28 U.S.C. §1651 Writs

28 U.S.C. §1746 Perjury

28 U.S.C. §1915(e)(2) Proceedings in forma pauperis (IFP)

28 U.S.C. §4101 Defamation

Cal. Code §31 PC Aiding & Abetting

Cal. Code §45a Libel on its Face

Cal. Code §46 Defamation, Slander, & Libel

Code of Virginia §18.2-51 Malicious Wounding

Code of Virginia §18.2-60 Threats of Death or Bodily Injury
              to a Person or Member of his Family

Code of Virginia §18.2-417 Slander and Libel

Code of Virginia §19.2-169.1 Raising Questions of
              Competency to Stand Trial

Code of Virginia §37.2-431 Contriving or Conspiring to
              Maliciously Obtain Admission of Person

DC Code §2-1402.62 Aiding & Abetting

NC General Statutes §14-277.1 Communicating Threats

NY Penal Law §105.17 Conspiracy in the 1st Degree

NY Penal Law §115.08 Criminal Facilitation in the 1st Degree

Prosecutorial Vindictiveness (U.S. Department of Justice,
  Office of Justice Program, NCJ Number: 92587)

Indigence

Record Mr. Patrick Christian and do "voice overs"

Placed Mr. Patrick Christians' Name on the Internet,
  and Contacted everyone who contacted it (they say many of
  these people have been killed, raped, threatened)

They fill out online contact forms and/or write a letter and put
Patrick Christians' name on it.

## STATEMENT OF THE CASE

In any situation where elements of a Criminal Conspiracy are apparent, primarily due to purposeful actions committed by Constitutional Officers as principals, and their Agents who they empower, support, and protect; creating a Cause of Action with irreversible consequences in which not only the U.S.

5        **Page** _15_ **of** _30_

Justice Department, U.S. District Court, the FBI, and Virginia Attorney Generals have been made aware, but ignored, which deprives Petitioner P. Christian of Inalienable Rights as described by the U.S. and State Constitutions require Administrative Remedies to be pursued in order to address these issues, and when these Remedies remain unaddressed, and following the next level of Redress through District Court, and when Judges Dismiss CR Complaints, then the Appeals Court affirms, and the Supreme Court denies has presented, due to these "urgent circumstances" (murder, rape, sexual assault, kidnapping, etc. all premeditated), a warranted Complaint.   When this Complaint is in fact valid, and furtherance of Crimes and Deprivations prevail, the damages multiply, and Constitutional Officers indifference and wrongdoing, misconduct, is overt and willful, the only way to address these issues is this Writ of Mandamus to consider the merits, review the records, and Order Action.

### REASONS FOR GRANTING MANDAMUS

As a Plaintiff and Victim Petitioner Patrick Christian sought administrative remedies which have been exhausted; therefore, he moved to the following Judicial Entities for a Redress of Grievances fruitlessly; also each of these are aware of all aspects of Conspiracy and Principals and Agents he has made the 13th Circuit Court of Richmond, 400 North 9th Street, Richmond, VA 23219, (804)646-6431: Supreme Court of Virginia, Richmond, 100 North 9th Street, Richmond, VA 23219, (804)786-2251: Eastern District Court of Virginia, 701 East Broad Street, Richmond, VA 23219, (804)916-2200: Wake

6       **Page 16 of 30**

County Superior Court, 316 Fayetteville Street Mall, Raleigh, N.C. 27601, (919)792-4000: Eastern District Court of North Carolina, 310 New Bern Avenue, #174, Raleigh, N.C. 27601, (919)645-1700: Western District Court of North Carolina, 401 West Trade Street, Room 1200, Charlotte, N.C. (704)350-7400: 4th Circuit Court of Appeals, 1100 East Main Street, Suite 501, Richmond, VA 23219, (804)916-2700: Court of Appeals for Virginia, 109 North 8th Street, Richmond, VA 23219, (804)786-5651: Superior Court of the District of Columbia, 500 Indiana Avenue NW, Washington, D.C. 20001, (202)879-1010: District of Columbia Court of Appeals, 430 E Street NW, Washington, D.C. 20001, (202)879-1010: United States Court of Appeals, 333 Constitution Avenue NW, Washington, D.C. 20001, (202)354-3000: United States Supreme Court, 1st Street NE, Washington, D.C. 20543, (202)479-3000: not only Judges, Clerks, and Prosecutors, but also United States Attorney General's, President Obama, Governor McCrory, Governor Cooper (also as Attorney General), Governor McDonnell, Mark Warner, Tim Kaine, Virginia Attorney General's, Congressional Committees, Bar Review and Judicial Review Boards, Virginia General Assembly, N.C. and U.S. Senators, Virginia Senators and Representatives, Mayor Muriel Bowser, and Richmond Mayor's, as well as, the FDA, FCC, BBB, Consumer Protection, Secretaries of Health, and Agricultural Department, Richmond Water and Utility Department, DC Water, have all been made aware of these peoples malicious intentions; as well as, Medical Doctors (at one private hospital in Charlotte, N.C., and Veterans Hospitals in N.C., VA., and W.D.C., since they have also been made aware that the Agents interfere with Mr.

Christian' VA Benefits at Hospitals and Resource Center Employment Searches), and would like to sincerely convey to this Court that these Officials are his alibi if anything happens (i.e. if he develops an illness, killed, attacked, arrested for anything etc.).  Petitioner informed Court's, Enforcement Agencies, and Constitutional Officers about the Malicious Adulteration of goods (i.e. not only manufactured, packaged, prepared, & bottled perishables, but also asbestos in toilet paper, paper towels, hot cocoa, fabric etc.) also (NOTE: These people know exactly what they adulterate(d).); but they refuse to act, and this has increased beyond parameters, in addition to, the W.D.C. Water Quality all over the City is inferior, which tastes like bacteria, radiation, and asbestos, even in Court Houses, so they know this is true.

## I.    PETITIONERS' RIGHT TO ISSUANCE OF A WRIT IS CLEAR.

The reason this is true is because remedies have been exhausted injuries and damages continue; the Agents obviously started Facebook and Twitter Accounts (this is why the names of each have been changed Petitioner believes) with his name on them, and whoever contacted them, in turn was contacted, but this is criminal.  Petitioner is not in contact with anyone, and these people have been interfering in his personal affairs since 2009, and Conspires to keep him indigent and incommunicado.   He has asked the Courts to please do something about these people for 15 years (note: it started out with Cheryl Christian, Francine Williams, Ricki Lake, and Sarah Palin, but now this list has increased to many more Rich

Celebrities who are obviously angry what they had to do to become actors, rappers, singers, politicians, etc. (NOTE; if list of exhausted remedies is needed Petitioner will provide as requested), and others because they were born a male.

## II.    A WRIT OF MANDAMUS IS WARRANTED GIVEN THE URGENT CIRCUMSTANCES OF THIS CASE.

The urgent circumstances are the fact all remedies have been exhausted, Complaints have been Dismissed, Affirmed, and Denied, injuries and damages prevail, Petitioner P. Christian is kept incommunicado, the Constitutional Deprivations and Codes and Statutes quoted on pages 3-5 have been and being committed unaccountably, all Cases have been disposed of in the eyes of the Court due to the fact Mr. Christian is discriminated against for being a heterosexual, rational, Black, Gentleman and a Scholar, and a Pro Se IFP Litigant. As mentioned previously, the Agents used his name on social media outlets, including Facebook and all the people who contacted was contacted, and it is said that his family and some friends have been murdered, kidnapped, raped, conspired against, used as sex slaves by Terry McAuliffe and others using Cheryl Christian as a "scapegoat" and go between, but she has never met most of my personal acquaintances. He knows for certain his sister Barbara Bordeaux was poisoned and died for not lying for them, about something that took place in Phoenix, AZ when we lived there, and his Aunt Alice Price in Richmond Virginia. All the Politicians involved are verbal and honest about their animosity. Ralph Northam laughed for 4 years as Governor of Virginia saying "we are all Democrats". He has

Page 19 of 30

informed the Courts and Police and FBI that he has no electronic devises, and these Agents have put cameras in bathrooms, sleeping areas in places that he frequents, including the homeless shelters at 425 D Street, NW, W.D.C., 801 Men's Shelter 2722 MLK Avenue SE, W.D.C., and Pat Handy 810 5th St. NW, W.D.C; under a Bridge on Good Hope Rd. & MLK Ave, NE, W.D.C., and in the Woods around a tent in Richmond, VA and other places displaced people frequent, as well as, Public Park Bathrooms and Public Libraries in both Richmond, VA and Washington, D.C. committing Video Voyeurism invading and evading people's privacy, as well as, poisoned with Maliciously Adulterated products. People have been laughing to me saying "if I knew the truth I would not be laughing". They have been supporting and protecting people who have no reason to be in my personal affairs.

### III.    NO OTHER ADEQUATE MEANS TO OBTAIN RELIEF EXIST...

If all of this is true and Petitioner Patrick Christian believes that it is, he cannot do anything (NOTE: Sarah Palin and Ricki Lake and now the others, have been saying he cannot do anything about them, and Biden says "he won't get no help from this Administration, but this in itself is unlawful, unconstitutional, illegal, and unbecoming, and Trump was saying lets "cover it up"). If this Petition is not granted not only will these Crimes go unpunished, then the Conspiracy may go on indefinitely, since people say Petitioner is going to be indigent for a "long time to come". Northam saying again, "we are all Democrats", Obama saying "Blacks have Historically been Democrats",

Americans have been victimized for 600 years, many Politicians saying they will continue the Conspiracy as part of their Campaign Promises, and due to group affiliation. Furthermore, Petitioners Class of People have never had anywhere to run, hide, or escape or group or country to give them a safe-haven or asylum, but always had to suffer at the hands of Caucasians and their Representatives like him and his family today.

## CONCLUSION

History tells us that the Democrats formed the Confederacy for the sole purpose to fight in order to keep slavery intact. They started the Civil War, was given amnesty after losing. Today even after the first Negro President, our plight continues. Granting this Mandamus will finally give him and his family the Justice, Equality, and Redress overdue. The Agents have gone deep across the line and must be held accountable, and the Constitutional Officer's involved must be reprimanded and chastised. This is the American way.

Respectfully submitted,

*Patrick Christian*

Patrick Christian, Pro Se IFP Petitioner
p.christian77@yahoo.com

Date: 5 January 2024

# CERTIFICATE OF COMPLIANCE

No. 24-_____

Patrick Christian,                                    Petitioner

v.

Joseph Biden, et. al.                              Respondents

As required by Supreme Court Rule 33.1(h), I certify that the Petition for a Writ of Mandamus contains 3,226 words, excluding the parts of the petition that are exempted by Supreme Court Rule 33.1(d).

I declare under penalty of perjury that the foregoing is true and correct, and that this was prepared by Petitioner.

Executed on ___5 January___, 20_24_

_Patrick Christian_

12            Page _22_ of _30_

# CERTIFICATE OF SERVICE

I Patrick Christian, Pro Se IFP Appellant, contact by email p.christian77@yahoo.com, and do solemnly swear that on this 5th day of January , 20 24 that I did prepare this document, Writ of Mandamus No. 24-_____, provided a copy to the Court, and emailed a true copy to the following individuals:


Jane Lyons, Esquire                 Department of Justice
                                    950 Pennsylvania Ave NW
                                    Washington, D.C. 20530
                                    202-514-2000
                                    jane.lyons@usdoj.gov

Tammatha Dawkins, Esquire           Department of Justice
                                    950 Pennsylvania Ave NW
                                    Washington, D.C. 20530
                                    202-514-2000
                                    tammatha.dawkins@usdoj.gov

Peter Faffenroth, Esquire           Department of Justice
                                    950 Pennsylvania Ave NW
                                    Washington, D.C. 20530
                                    202-514-2000
                                    peter.pfaffenroth@usdoj.gov

and did also, in accordance to Law, inform the Court.


Patrick Christian
Pro Se IFP Appellant, p.christian77@yahoo.com

13        Page 23 of 30

Correspondence from The Supreme Court of the United States

From:  no-reply@supremecourt.gov

To:     p.christian77@yahoo.com

Date:  Wednesday, January 10, 2024 at 04:41 PM EST

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

January 10, 2024

Patrick Christian

    RE: In Re Christian

Dear Mr. Christian:

The above-entitled petition for an extraordinary writ of mandamus was received on January 5, 2024.  The papers are returned for the following reason(s):

    You have not appended a copy of the judgment or order in respect of which the writ is sought.  Rule 20.3 pertaining to petitions for writs of prohibition and mandamus.

    The cover page of the petition must bear the name and mailing address of the petitioner.  Rule 34.1(f).

As you have not provided a mailing address, your petition cannot be returned to you and is herewith discarded.

        Sincerely,
        Scott S. Harris, Clerk
        By:

        Sara Simmons
        (202) 479-3023

<BR>     <BR><BR>" />        **Page** _24_ **of** _30_

| NAME | BLDG/OFFICE NO. | IN | OUT | DATE | TIME | ISSUE(S) DISCUSSED |
|---|---|---|---|---|---|---|
| Ro Khanna | 306 Cannon HOB | | ✓ | 29 April 23 | 12:23 | Explained conspiracy & Q. Res that's involvement. Emma said she would. |
| Alexandria Ocasio-Cortez | 200 Cannon HOB | | | 29 April 23 | 10:35 | Aleeria explained that she wasn't in on the conspiracy I explained conspiracy. |
| Madeleine Dean | 150 Cannon HOB | | ✓ | 27 April 23 | 11:37 | Spoke to late Madeleine. Julia asked both issues to Slate issues & Explained Conspiracy. |
| Bernard Sanders | 332 Dirksen SOB | | ✓ | 27 May 23 | 3:36 pm | Why have people been complaining about their bonus. Dodor? |
| Amy Klobuchar | 425 Dirksen SOB | | ✓ | 27 May 23 | 3:32 | The people have been complaining about the climate agenda + the hall covering. Full convers. |
| Thomas Tillis | 113 Dirksen SOB | | ✓ | 27 May 23 | 4:57 | I am the MED everyone has been being well I explained faction. Took convo to detail. |
| Chuck Grassley | 135 Hart SOB | | ✓ | 31 Mar 23 | 4:59 | Asking if I can see senator. Explained. (Situation) Full convo to detail. |
| Mark R. Warner | 703 Hart SOB | ✓ | | 31 Mar 23 | 4:30 am | Talk to Mark, Hate about building. I asked if Missing. |
| Richard Blumenthal | 706 Hart SOB | | ✓ | 31 Mar 23 | 4:30 am | Asked about issues. |
| Cory Booker | 717 Hart SOB | | ✓ | 01 May 23 | 10:30 am | Office was locked and empty. Spoke w/ a board room member where am I Griffin. |
| Richard Durbin | 711 Hart SOB | | ✓ | 27 Mar 23 | 4:00 pm | Dropped off and explained. New Security guard favored work. I spoke w/ Joe. |
| Dianne Feinstein | 331 Hart SOB | | ✓ | 27 May 23 | 3:00 pm | Diann told me she would I spoke I spoke to she would I said I saw the guy observe a Matters dispute agreement. |
| Mark Kelly | 516 Hart SOB | | ✓ | 27 May 23 | 4:24 | Explained situation. Its forced him. What again because. I spoke to Clauy. |
| James Lankford | 316 Hart SOB | | ✓ | 27 May 23 | 3:08 pm | Lawery. I asked if the senator was in the office. I explained why I'm busy. Had better. |
| Joe Manchin III | 306 Hart SOB | | ✓ | 27 Mar 23 | 2:57 pm | Joe not from Walk to SO who told me he was there this am. I'll be in office w/ Joney. |
| Charles E. Schumer | 322 Hart SOB | | ✓ | 27 May 23 | 3:15 pm | Spoke and asked why will be report a conspiracy. I'll wait for in Rm w/ Claudia. |
| Chris Van Hollen | 110 Hart SOB | | | | | |
| Elizabeth Warren | 309 Hart SOB | | ✓ | 27 May 23 | 3:35 am | Who are you involved in Conspiracy. I reported and explained situation. Board rm. |
| Matt Gaetz | 2021 Longworth HOB | | ✓ | 27 May 23 | 10:53 | I explained conspiracy and both pointed to Gloria who said to contact ATFas awhile. |
| Marjorie T. Greene | 403 Longworth HOB | | ✓ | 27 May 23 | | |
| Joanna Hayes | 1468 Longworth HOB | | ✓ | 27 April 23 | | |
| Young Kim | 1306 Longworth HOB | | ✓ | 26 April 23 | 11:10 | I walked in again approved conspiracy and over him missile. President said I quit it. |
| Nancy Pelosi | 1236 Longworth HOB | | ✓ | 27 April 23 | 11:07 | Ethics said to walk out missing conspiracy to contact people too. I explained Congress may... |
| Donald S. Beyers, Jr. | 1119 Longworth HOB | | ✓ | 26 April 23 | 11:06 | I spoke w/ Congress said I should go to my own Representative. |
| Ed Good | 1501 Longworth HOB | | ✓ | 27 April 23 | 11:04 | I spoke to Victor a explained conspiracy Reason for building I walk into Lobby. |
| Abigail Davis Spanberger | 1239 Longworth HOB | | ✓ | 27 April 23 | 11:14 | I told Monica about conspiracy they reason they were talking our conspiracy. Walk into Lobby |
| Jennifer Wexton | 1210 Longworth HOB | | ✓ | 26 April 23 | 12:45 | Reviewed building both reason for building progressive... |
| Lauren Boebert | 1713 Longworth HOB | | ✓ | 26 April 23 | 11:25 | Refer said she would guess missing our information along. |
| Patrick Ryan | 1030 Longworth HOB | | | 26 April 23 | 10:38 | Juliane conveyed that she would look into and share w/ Ryan. |
| Jen A. Kiggans | 1037 Longworth HOB | | ✓ | 26 April 23 | 10:34 | Alex wanted that he will spread the information. |

## COMMITTEE MEMBERS I VISITED PERSONALLY

| NAME | BLDG./OFFICE NO. | IN | OUT | DATE | TIME | ISSUE(S) DISCUSSED |
|---|---|---|---|---|---|---|
| Ben Cline | 2443 Rayburn HOB | | | 25 Avri'23 | 12:12pm | *(illegible handwriting)* |
| Gerald E. Connolly | 2265 Rayburn HOB | | | 25 Avri'23 | 1:20pm | *(illegible handwriting)* |
| H. Morgan Griffith | 2202 Rayburn HOB | | | 17 Avri'23 | 3:35pm | *(illegible handwriting)* |
| Chert J. Wittman | 2055 Rayburn HOB | | ✓ | 17 Avri'23 | 2:30pm | *(illegible handwriting)* |
| Judy Chu | 2423 Rayburn HOB | | | 25 Avri'23 | 11:53 | *(illegible handwriting)* |
| Luis Correa | 2301 Rayburn HOB | | | 17 Avri'23 | 3:40pm | *(illegible handwriting)* |
| Jen Garamendi | 2326 Rayburn HOB | | | 25 Avri'23 | 1:37pm | *(illegible handwriting)* |
| Hakeem Jeffries | 2433 Rayburn HOB | | ✓ | 25 Avri'23 | 12:25pm | *(illegible handwriting)* |
| Jim Jordan | 2056 Rayburn HOB | | | 17 Avri'23 | 2:41pm | *(illegible handwriting)* |
| Barbara Lee | 2470 Rayburn HOB | | ✓ | 25 Avri'23 | 12:53pm | *(illegible handwriting)* |
| Kevin McCarthy | 2468 Rayburn HOB | | | 25 Avri'23 | 12:47pm | *(illegible handwriting)* |
| Jerold Nadler | 2132 Rayburn HOB | | ✓ | 25 Avri'23 | 11:30am | *(illegible handwriting)* |
| Eleanor H. Norton | 2136 Rayburn HOB | | | 25 Avri'23 | 11:32am | *(illegible handwriting)* |
| Jamie Raskin | 2242 Rayburn HOB | ✓ | | 17 Avri'23 | 2:55pm | *(illegible handwriting)* |
| Adam Schiff | 2309 Rayburn HOB | | | 17 Avri'23 | 2:00pm | *(illegible handwriting)* |
| Bennie G. Thompson | 2466 Rayburn HOB | | | 25 Avri'23 | 1:00pm | *(illegible handwriting)* |
| Maxine Waters | 2221 Rayburn HOB | | | 17 Avri'23 | 3:03pm | *(illegible handwriting)* |
| Robert C. Smith | 2328 Rayburn HOB | | | 17 Avri'23 | 4:07pm | *(illegible handwriting)* |
| Mitt Romney | 354 Russell SOB | ✓ | | 31 Mar'23 | 2:30pm | *(illegible handwriting)* |
| Rand Paul | 295 Russell SOB | | | 31 Mar'23 | 2:10pm | *(illegible handwriting)* |
| Lindsey Graham | 290 Russell SOB | | | 31 Mar'23 | 2:00pm | *(illegible handwriting)* |
| Mitch McConnell | 317 Russell SOB | | | 31 Mar'23 | 1:46pm | *(illegible handwriting)* |
| Tim Kaine | 231 Russell SOB | | | 31 Mar'23 | 2:15pm | *(illegible handwriting)* |
| Shelley Moore Capito | 172 Russell SOB | | | 31 Mar'23 | 2:11pm | *(illegible handwriting)* |
| Ted Cruz | 127A Russell SOB | | ✓ | 31 Mar'23 | 2:41pm | *(illegible handwriting)* |

**Patrick Christian, p.christian77@yahoo.com**                    **4 March 23**

***Democrat & Republican Party Representatives,***
***House & Senate of the UNITED STATES of AMERICA***

## ISSUES TO BE DISCUSSED IN PERSON WITH LISTED CONSTITUTIONAL OFFICER'S: AFTER PROVIDING A COPY TO CAPITOL POLICE OFFICER'S

In view of my present situation I have been impelled to proactively pursue a solution to the problems faced due to Celebrities, Sibling called "Agents" in Legal Proceedings, and the Constitutional Officer's and Appointees who support, condone, protect, and assist them.  If not for the CO's public statements and their Agents public statements and actions all over the internet, and the Cause of Action resulting from their efforts, and the damages suffered by all involved due to the Malicious Intentions I really would not know.  Now instead of facing the truth with honest Litigation, Democrats and Republicans have decided to continue furthering the Conspiracy.  For whatever reason they are doing so is illegal misconduct that violates their Oath, the Constitution's (US & State), Federal & State Codes & Statutes.  These behaviors are unbecoming of Constitutional Freshman & Veteran Officers who have taken an Oath to honorably pursue freedom, justice, equality, truth, & Law; knowing doing other than this is criminal.  I have placed my name into each State as an Independent Candidate for President.  I started early to give myself extra time to garner the necessary moral, physical, spiritual, & financial support.  I am in the process of informing and providing the media with more in-depth information, as far as, my solutions, input into all the problems Voter's all over the country are facing. Once people have an honest, open, serious chance to review this information they will be able to make the proper decision concerning its validity in Leading the Country into the Future.  All of these issues combined makes for much embarrassment for both the Democratic & Republican Parties, as well as, the rich Celebrities involved. I expect adjudication.  Whether this adjudication is done in the Halls of Congress or the Courtroom of the Supreme Court, it must be done, and done appropriately, judiciously, and expeditiously.  The following are questions for your review:

**Page __27__ of _30__**

1

1.     Did he/she receive and review faxed <u>Legal Disposition Memorandum</u>?

2.     Do you consider the OATH being binding, if so are you bound by Oath you took to hold this Office?

3.     Considering the Law, the Sworn statement, common sense, Rules, Procedures, & the Office, the concept of Conspiring against any violates each is a reasonable true avowal?

4.     Black's & Indigenous American's never had anywhere to run, hide, or country to provide a safe-haven or asylum, but we always had to suffer, why do you think we are still suffering if the Constitution is true, and it and Laws are applicable?

5.     This despite the fact we have the people we Vote for best interests at heart, yet they still hate us.  Why? This is also despite the increased number of Black Constitutional Officer's, Judges, Directors, Authority Figures.

6.     Inequality, injustice, & abuse still prevail regardless of evolution?

7.     Why have you been making verbal threats and expressed animosity towards Mr. Patrick Christian?

8.     Why have you been supporting, condoning, protecting, & sanctioning Agents conspiratorially?

9.     Not being honest and as an alternative to go behind my back and Conspire for whatever reason is wrong, are you willing to admit that, and what reasons do you have to do so?

10.    Why would you Obstruct Justice for any reason, and how can it be justified?

2

11.    Why would you go outside of the Legal Parameters of your Office in order to be a Conspirator?

12.    It is said that your Agent's including Cheryl Christian, Ricki Lake, Sarah Palin, Dick Cheney, Terry McAuliffe, Francine Williams, Jerry Seinfeld, Adam Sandler, Kanye West, Kim Kardashian, Chris Jenner, Jerry Springer, Britney Spears, Paris Hilton, Ellen DeGeneres, other Atlanta & NY rappers, & other Entertainers put my name on the Internet, and everyone that chose to contact them, was contacted (NOTE:  Appellant Patrick Christian did not give anyone permission to go behind his back and Conspire), and if they are not all safe, sound, healthy, this reveals some nefarious, evil, wicked, pre-meditated, malicious intentions.  Knowing what is going on may create an uncomfortable situation, cause denial, or expose a hidden agenda of which is indicative of historical racism, systemic practices, and social norms.  I believe an honest approach will alleviate the situation.

13.    I hope you all realize that in your efforts (including Biden & Harris) to support, condone, assist, sanction, and protect the above Agents to Appellees this is not only a 42 U.S.C. §1983, 42 U.S.C. §1985(3), & 42 U.S.C. §1986 during the performance of their Official Duties, a direct reflection of an Abuse of Power/Authority/Influence, but specifically the following also:  Pre-Meditated 1st Degree Criminal Conspiracy 18 U.S.C. §241, 18 U.S.C. §249, Stalking, Computer Hacking, Cyber-Stalking,  Voyeurism-Evasion/Invasion of Privacy, Murder, Rape, Kidnapping, Malicious Wounding, Child Pornography, Aggravated Assault, Identity Theft, Misrepresentation, Extortion, Embezzlement, Malicious Hospitalization, Perjury, Subornation to Perjury, Sexual Assault, Sexual Abuse, Smollett Acts, Defamation/Libel, Communicating Threats, Sex Trafficking, Forgery, Inciting Riots, Accessory to each, FCC, SEC, IRS, and other Fiduciary Crimes which violates your OATH's, District and State Codes and Statutes.  This is extremely CRIMINAL.

**Page 29 of 30**

3

14.     These people threaten my loved ones and our friends, and even if they are angry for whatever reason with me, what does others have to do with it. This reveals a cowardly misguided punk malicious conspiracy, who else messes with innocent women and children?

15.     The following CR Cases Allege Democrats and Republicans Neglect To Prevent 42 U.S.C §1986, Hate Crimes 18 U.S.C. §249, #1:22cv00350: Conspire To Deprive Equal Protection Abusing Authority/Power/Influence 42 U.S.C §1985(3), #1:21cv02595 & #21-7131: Conspire to Advocate and Promote Homosexuality, #1:22cv00274 & #22-7075 for your consideration, actions, and suggestions...

16.     It is time that a Public Hearing is scheduled in order to answer these questions, since Hearing are set up for many others to address grievances, issues, and conduct; therefore, it is only right for these lawmakers to inform Patrick Christian why his Constitutional Rights are not being met, why they can blatantly disregard their Oaths, why they can protect, sanction, assist, and condone malefactors who have also willfully, purposefully, and surreptitiously committed crimes against him and his family, and why they can overtly Conspire to Deprive him of his Inalienable Rights.

Dutifully,

Patrick Christian
Pro Se IFP Voting Litigant

**Page** 30 **of** 30